UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| LUCAS MACK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HEIDI MACK,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:24-CV-01013-CCT<br><br><br>**ORDER GRANTING MOTION TO STAY** |

On October 1, 2025, the defendant filed a motion to stay further deadlines for the duration of the government shutdown. Docket 76. The appropriation that had been funding the Department of Justice expired on September 30, 2025, prohibiting Department of Justice attorneys from working until funding is restored, even on a voluntary basis. *Id.* at 1. Therefore, the defendant requested a stay of all current deadlines until Congress has restored appropriations to the Department of Justice. *Id.* The Plaintiff filed a response opposing the government's motion to stay. Docket 77. The Plaintiff argues that there are no pending deadlines in this case requiring the work of Department of Justice attorneys. *Id.* In addition, they contend that the only pending deadline is the reply-brief deadline related to the plaintiff's motion for partial summary judgment. *Id.* On October 3, 2025, the plaintiff filed their reply. Docket 78.

Although there are no pending deadlines in this case, Department of Justice attorneys are not able to perform their usual civil litigation functions in light of the government shutdown and do not know when funding will be restored by Congress. Therefore, good cause appears for granting the defendant's motion to stay. *See Clinton v. Jones*, 520 U.S. 681, 707 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

Thus, it is ORDERED:

1. That the defendant's motion to stay, Docket 76, is granted.
2. That the stay will be lifted upon the government shutdown ending.

Dated October 23, 2025.

BY THE COURT:

*/s/ Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE